# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**TGO REALTY, INC.,**

      **Plaintiff,**

**v.**                                                 **Case No:   6:18-cv-1026-Orl-31DCI**

**DAVID GLOVER, FLAG AGENCY, INC.
and PATRICK F. CONNER,**

      **Defendants.**

## ORDER

Upon consideration of the removing parties' response (Doc. 15) to the Order to Show Cause regarding jurisdiction (Doc. 13), it is hereby

**ORDERED** that the Order to Show Cause is **DISCHARGED,** and this matter is **REMANDED** to the Circuit Court of the 18th Judicial Circuit, in and for Brevard County, Florida.   The Clerk is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on July 13, 2018.



**GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE**

Copies furnished to:

Counsel of Record
Unrepresented Party